Case 5:26-cv-00142   Document 7   Filed 02/10/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 11, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **JACOB NEFTALI ZELAYA VENTURA,** § § | |
| Petitioner, § § | |
| VS. § | **CIVIL ACTION NO. 5:26-CV-00142** |
| § | |
| **MIGUEL VERGARA,** *et al.*, § § | |
| Respondents. § | |

## ORDER

Petitioner's Petition for Writ of Habeas Corpus challenges his current detention under 8 U.S.C. § 1225. (Dkt. 1.) The Court has reviewed the Fifth Circuit's decision in *Buenrostro-Mendez v. Bondi*, — F.4th —, No. 25-20496, 2026 WL 323330 (5th Cir. Feb. 6, 2026) ("*Buenrostro-Mendez*"), which it views as foreclosing Petitioner's claim that 8 U.S.C. § 1225 does not govern Petitioner's detention. However, district courts in this circuit have addressed other challenges to detention under 8 U.S.C. § 1225 that may warrant a distinct analysis. *See Vieira v. De Anda-Ybarra*, 2025 WL 2937880, at *6 (W.D. Tex. Oct. 16, 2025).

Therefore, it is hereby **ORDERED** that on or before **February 17, 2026**, Petitioner shall file additional briefing on any claims that are not foreclosed by *Buenrostro-Mendez*; Petitioner may provide supplemental briefing on any remaining claims, if any. It is further **ORDERED** that the Government must respond to Petitioner's supplemental briefing by **February 20, 2026.**

IT IS SO ORDERED.

SIGNED this February 10, 2026.

_____
Diana Saldaña
United States District Judge